UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Silviano Christman

Write the first and last name of each plaintiff or petitioner.

Case No. 20 CV 8124

-against-

Robin Collins, Warden, North Infirmary Command

Write the first and last name of each defendant or respondent.

RECEIVED
SDNY PRO SE OFFICE
2021 JAN -5 PM 1:15

## DECLARATION

Silviano Christman, affirms under

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment," or "in Response to Order to Show Cause."

I, Silviano Christman, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

On 10/14/2014, i pled guilty to attempted bank robbery, bank fraud & attempted bank fraud and sentenced to 40 months imprisonment & 5 yrs Supervised Release. Although i did plead guilty, i did so coersively As a result of my then Attorneys threats that if i took this case to trial, i would lose & sentenced to A life term. She did

Rev. 10/3/16

not explain how the Guidelines worked nor did she conduct any type of investigation, nor explain jury trials & how they worked - my right to such trial, evidence allowed, my right to testify nor did she do anything beyond "telling" me to 'cop out' or spend a life in prison. When i entered my plea, she further told me what to say, how to say it & explained i must be convincing or the court would not take my plea. At sentencing, i explicitly told counsel to appeal - i did not know how the process worked at that point. She told me disgustedly she would but it would take years to go through. It was not until after the time to file a §2255 petition had passed, did i learn that counsel failed to file such notice of appeal. I thus request a Fuller remand for entry of a new judgment to replace the existing judgment so i can appeal, pursuant to U.S. v Fuller, 332 F.3d 60 (2d Cir. 2003) in light of Roe v. Flores-Ortega, 528 U.S. 470 (2000) & Garza v. Idaho, 139 S.Ct. 738 (2019) & its progeny; U.S. v. Medley, 300 Fed. Appx 14 (2d Cir. 2008); McGee v U.S., 2006 U.S. Dist. Lexis 32199 (D.Conn)(5/16/06). If this Court fails to do so, i would be exposed to the risk that i would be subject to the stringent standards applicable to a second or successive 2255 petition - leaving my current judgment in tact.

Attach additional pages and documents if necessary.

12/16/2020
Executed on (date)

Signature: Silviano Christman

Name: Silviano Christman

Prison Identification # (if incarcerated): 349 1903612

Address: 1500 Hazen Street   City: E. Elmhurst   State: N.Y.   Zip Code: 11370

Telephone Number (if available): N/A

E-mail Address (if available):

Page 2

Silviano Chrisman
349190 3682
NIC
1500 Hazen Street
Elmhurst NY
11370

RECEIVED
2021 JAN -4  PM 3: 55
CLERK'S OFFICE
S.D.N.Y.

RECEIVED
SDNY PRO SE OFFICE
2021 JAN -5 PM 1: 15

NEW YORK NY 100
29 DEC 2020 PM 12 L

United States District Court
Southern District NY
500 Pearl Street
NY NY 10007

Pro Se jee

10007-133059

