**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SILVIANO CHRISTMAN,

                          Petitioner,                  20 **CIVIL** 8124 (CS)
                                                            14 **CR.** 236 (CS)

      -against-

                                                           **JUDGMENT**

UNITED STATES OF AMERICA,

                        Respondent.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated January 6, 2021, the petition is dismissed as untimely; as petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue, and case number 20cv8124 is closed.

**DATED:**  New York, New York
              January 7, 2021

                                                                           **RUBY J. KRAJICK**
                                                                             _____
                                                                             **Clerk of Court**
                                           **BY:**
                                                                              **Deputy Clerk**